IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>COMMUNITY BANK OF NORTHERN<br>VIRGINIA AND GUARANTY BANK<br>SECOND MORTGAGE LITIGATION | )  Civil Actions No. 02-1201,<br>)  03-425, 03-1380, 05-589,<br>)  05-590, 05-688, 05-1386<br>)       and 06-768<br>) |

ORDER OF COURT

AND NOW, this 24th day of October, 2006, IT IS HEREBY ORDERED that a status conference in the above civil actions will be held before the undersigned on Friday, December 1, 2006 at 10 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

_____, J.

cc:   All Counsel of Record