IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | This order relates to the |
| | ) | following Civil Actions: |
| COMMUNITY BANK OF NORTHERN | ) | |
| VIRGINIA AND GUARANTY BANK | ) | No. 02-1201, No. 05-589, |
| SECOND MORTGAGE LITIGATION | ) | No. 05-590, No. 05-688, |
| | ) | No. 05-1386, and No. 06-786 |

ORDER OF COURT

AND NOW this 19th day of March, 2008, IT IS HEREBY ORDERED THAT a Status Conference will be held in the above captioned cases on June 30, 2008 at 2:00 p.m., in Courtroom 3A, Third Floor, United States Courthouse, Grant Street, Pittsburgh, PA.

BY THE COURT:

_____

cc: All Counsel of Record