IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLARD R. RANSOM, et al.,

        Plaintiffs,

vs.

        Civil Action No. 2:05-cv-00590-GLL

PNC BANK, N.A., et al.,

        Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Willard R. Ransom and Cindy Lee Ransom, and Defendants, PNC Bank, N.A., and FDIC as Receiver for Irwin Union Bank and Trust Company, by their respective undersigned counsel, hereby stipulate to the dismissal of all claims in this action, *with prejudice.*

/s/ Scott C. Borison
Scott C. Borison, Esquire
Legg Law Firm, LLC
5500 Buckeystown Pike
Frederick, MD 21703
borison@legglaw.com
Tel: 301 620-1016
Fax: 301 620-1018 fax
*Attorneys for Plaintiffs*

/s/ Virginia W. Barnhart
Virginia W. Barnhart
TREANOR POPE & HUGHES, P.A.
29 W. Susquehanna Avenue
Suite 110
Towson, Maryland 21204
vwbarnhart@tph-law.com
Tel: (410) 494-7777
Fax: (410) 494-1658
*Attorneys for Defendant, FDIC as Receiver For Irwin Union Bank and Trust Company*

/s/ Darryl J. May
Darryl J. May
P.A. ID No. 35916
BALLARD SPAHR ANDREWS &
INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 864-8103
Email: may@ballardspahr.com
*Counsel For PNC Bank, N.A., successor to Community Bank of Northern Virginia*

SO ORDERED, this ___ day of April, 2011.

_____, C.J.

Hon. Gary L. Lancaster,
Chief United States District Judge